STATE OF NEW JERSEY v. JOHN B. BEMBRY.

June 16, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. NICHOLAS ACOSTA.

June 16, 1982.

Petition for certification denied.

NADINE MULVEY v. JOSEPH P. GRAZECKI.

July 2, 1982.

Petition for certification granted.

ROBERT Mc'KELLIN v. BOARD OF EDUCATION OF THE
TOWN OF KEARNY, HUDSON COUNTY.

July 2, 1982.

Petition for certification denied.